

NUMBER 13-15-00053-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**IN THE INTEREST OF H. M. C. S., A CHILD**

**On appeal from the 24th District Court
of DeWitt County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellants, James W. Sanders and Lori Sanders, attempted to perfect an appeal from an order issued by the 24th District Court in cause no. 14-10-23,209. Documents before the Court indicate this is a suit affecting parent-child relationship and a status hearing order was issued by the trial court on January 6, 2015.

Upon review of the documents before the Court, it appeared that there was no final, appealable judgment. On February 4, 2015, the Clerk of this Court notified appellants of this defect so that steps could be taken to correct the defect, if it could be

done.  *See* TEX. R. APP. P. 37.1, 42.3.   Appellants were advised that, if the defect was not corrected within ten days from the date of receipt of the notice, the appeal would be dismissed for want of jurisdiction.   Appellants have responded stating the reasons for appeal are that the home study has many non-truths and their grandchild should remain with them.

In terms of appellate jurisdiction, appellate courts only have jurisdiction to review final judgments and certain interlocutory orders identified by statute.   *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).   The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction.   Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION.   *See* TEX. R. APP. P. 42.3(a),(c).

PER CURIAM

Delivered and filed the 26th
day of February, 2015.